## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

________________________________

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 04/11/26

LUIS CARLOS MENDOZA SANTAMARIA
*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*