**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**ALEXANDRIA DIVISION**

| | |
|---|---|
| **LUIS CARLOS MENDOZA SANTAMARIA** | * **CASE NO. 1:26-CV-01274** |
| | * |
| | * |
| **VERSUS** | * **JUDGE VAN HOOK** |
| | * |
| **E GARCIA ET AL** | * **MAGISTRATE JUDGE HORNSBY** |

---

**ORDER**

UPON CONSIDERATION of the MOTION FOR RELIEF OF PROVISIONAL APPOINTMENT.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the MOTION FOR RELIEF OF PROVISIONAL APPOINTMENT be, and is hereby, GRANTED;

Shreveport, Louisiana, June 1, 2026.

Mark L. Hornsby
U.S. Magistrate Judge