**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**ALEXANDRIA DIVISION**

| | |
|---|---|
| **LUIS CARLOS MENDOZA SANTAMARIA #A215-655-282** | **CIVIL DOCKET NO. 1:26-CV-01274 SEC P** |
| **VERSUS** | **JUDGE ALEXANDER C. VAN HOOK** |
| **E. GARCIA, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

**MEMORANDUM ORDER**

Before the court is a petition for writ of habeas corpus filed pro se by petitioner Luis Carlos Mendoza Santamaria ("Petitioner"), pursuant to 28 U.S.C. § 2241. Petitioner is now represented by counsel. Petitioner was an immigration detainee at the Winn Correctional Center (560) in Winnfield, Louisiana, when he filed this petition.

To determine whether Petitioner is entitled to relief, and in accordance with the Rules Governing Section 2254 Cases and Standing Order 1.74;

**THE CLERK IS DIRECTED** to serve a copy of the Petition (Docs. 1 and 11) and a copy of this Order on the United States, the United States Attorney General, and DHS/ICE, through the United States Attorney for the Western District of Louisiana at its designated email address for service and the Warden where Petitioner is detained, by first-class mail.

**IT IS ORDERED** that a response to the Petition be filed within **21** days after electronic service of the Petition and this Order, with supporting summary judgment evidence.

**IT IS FURTHER ORDERED** that Petitioner shall have **7** days to reply.

After the record is complete and delays have run, the court will determine if an evidentiary hearing is necessary. If not, a Report and Recommendation will be issued without further notice.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Implement Standing Order 1.74 (Doc. #12) is **DENIED** as moot.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 27th day of August, 2026.

Mark L. Hornsby
U.S. Magistrate Judge