**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| LUIS CARLOS MENDOZA SANTAMARIA | CIVIL ACTION NO. 26-1274 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| E. GARCIA, ET AL. | MAGISTRATE JUDGE HORNSBY |

# JUDGMENT

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, Record Document 1, filed by Luis Carlos Mendoza Santamaria ("Petitioner"). At the time of filing, Petitioner was an immigration detainee at Winn Correctional Center in Winnfield, Louisiana.

Respondents filed a Motion to Dismiss this action as moot because Petitioner was removed from the United States. Record Document 17. In support of their motion, Respondents provide the Declaration of Acting Assistant Field Office Director Justin Williams which states that Petitioner was removed from the United States to Bangui, Central African Republic on August 28, 2026. Record Document 17-2. Counsel for Petitioner did not file a reply, but informed Respondents that she would not join in the motion to dismiss until Petitioner's passport was returned. Record Document 17-3.

An alien who has been finally removed from United States is not "in custody," as required for a court to have the power to grant a writ of habeas corpus. *See Merlan v. Holder*, 667 F.3d 538 (5th Cir. 2011) (per curiam); 28 U.S.C. § 2241. Accordingly,

**IT IS ORDERED** that the Motion to Dismiss, Record Document 17, is **GRANTED** and the Petition for Writ of Habeas Corpus, Record Document 1, is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**DONE AND SIGNED** at Shreveport, Louisiana, this 19th day of October, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE